UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATASHA TOLBERT, ET AL** | * | **NO. 18-8359** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MARLIN N. GUSMAN, ET AL** | * | |
| | * | **SECTION "H" (2)** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER

**NOW INTO COURT,** through undersigned counsel, comes Marlin N. Gusman, Sheriff of Orleans Parish, and move for an Order granting an extension of time of 21 days within which to file responsive pleadings in this action.

Undersigned counsel certifies that there has been no previous extension of time within which to answer, remove, or otherwise respond to the Complaint, and that Plaintiff has not filed into the record an objection to any extension of time. Accordingly, Defendant seeks an extension of time pursuant to Local Rule 7.8 through November 5, 2018 within which to file a responsive pleading in this matter.

Respectfully submitted,

**ORLEANS PARISH SHERIFF'S OFFICE**

_____/s/ Freeman R. Matthews_____
BLAKE J. ARCURI (LSBN 32322)
LAURA C. RODRIGUE (LSBN 30428)
FREEMAN R. MATTHEWS (LSBN 9050)
Orleans Parish Sheriff's Office
2800 Perdido St.
New Orleans, LA 70119
Telephone: 504.493.2107; Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us

## CERTIFICATE OF SERVICE

  I do hereby certify that on this  18th  day of   September  2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

                   */s/Freeman R. Matthews*