## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATASHA TOLBERT, ET AL** | * | **NO. 18-8359** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MARLIN N. GUSMAN, ET AL** | * | |
| | * | **SECTION "H" (2)** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to Local Rule 7.8 defendant, Sheriff Marlin N. Gusman, are granted an extension for 21, days, or until November 5, 2018 to answer or otherwise plead in response to the plaintiff's Complaint.

New Orleans, Louisiana, this _____ date of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE