MINUTE ENTRY
MILAZZO, J.
February 7, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NATASHA TOLBERT ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-8359** |
| **MARLIN GUSMAN ET AL.** | **SECTION "H"** |

## MINUTE ENTRY

On February 7, 2019, the Court held a telephone status conference. Stephen Haedick participated on behalf of Plaintiff; Blake Acuri and Carl Hellmers participated on behalf of Defendants. The parties discussed the pending Motion to Dismiss (Doc. 21).

Accordingly;

**IT IS ORDERED** that the Motion to Dismiss is **GRANTED**, and Plaintiffs' medical malpractice claims against Defendants David Oates, Pammalier Walker, and Dolores Thompson are **DISMISSED WITHOUT PREJUDICE** for prematurity in light of the ongoing the medical review panel process.



(JS-10:10)